FILED
Rev. 10/03
MAY 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Washington Sheraton Corp., )
  Plaintiff )
 ) CASE NUMBER: 1:05CV0971
  v. )
2660 Woodley Road Joint ) JUDGE: HENRY H. KENNEDY
Venture; John Hancock Life )
Ins. Co., ) DECK TYPE: CONTRACT
  Defendant )
 ) DATE STAMP: 05/16/05
 )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __John Hancock Life Ins. Co.__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Washington Sheraton Corp./John Hancock Life Ins. Co.__, which have any outstanding securities in the hands of the public. __Starwood Hotels & Resorts Worldwide, Inc. is the parent company of Washington Sheraton Corp.; John Hancock Financial Services, Inc. is the parent company of John Hancock Life Ins. Co.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

DC Bar No. 298000
Bar Identification Number

William E. Wallace, III
Print Name

1825 Eye Street, N.W., Suite 1100
Address

Washington, DC   20006
City            State     Zip

(202) 835-7593
Telephone Number