UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| 2660 WOODLEY ROAD JOINT VENTURE, ) | |
| ) | Case No. 1:05CV0971-HHK |
| and, ) | |
| ) | |
| JOHN HANCOCK LIFE INSURANCE ) | |
| COMPANY (formerly known as John Hancock ) | |
| Mutual Life Insurance Company), ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of Defendant John Hancock Life Insurance Company's ("defendant") motion for an extension of time, plaintiff's consent thereto, and all other pertinent papers, it is hereby

ORDERED that defendant's motion is granted;

ORDERED that defendant shall file its motion to dismiss, in lieu of an answer, on or before June 22, 2005.

May ____, 2005                     _____
                                   Honorable Henry H. Kennedy
                                   United States District Judge