CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2005, I electronically filed and caused to be

served by First Class Mail copies of (1) "MOTION FOR AN EXTENSION OF TIME,"

and (2) "PROPOSED ORDER" addressed as follows:


John Scheuermann
Scheuermann & Menist
700 E Street, S.E.
Washington, D.C. 20003
Tel: (202) 547-9180

William A. Brewer, III
Bickel & Brewer
767 Fifth Avenue
New York, NY 10153
Tel: (212) 489-1400


/s/ William E. Wallace, III
William E. Wallace, III