UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE,  )<br>)<br>and,  )<br>)<br>JOHN HANCOCK LIFE INSURANCE  )<br>COMPANY (formerly known as John Hancock  )<br>Mutual Life Insurance Company),  )<br>)<br>Defendants.  )<br>_____) | Case No. 1:05CV0971-HHK |

## MOTION FOR *PRO HAC VICE* ADMISSION OF STEFAN SHAIBANI

I, William E. Wallace, III, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move pursuant to Local Civil Rule 83.2(d) that Stefan Shaibani, of the law firm of Milbank, Tweed, Hadley & McCloy, LLP, 1825 Eye Street, N.W., Suite 1100, Washington, DC, 20006, be admitted *pro hac vice* to this Court for the purposes of participating in the above-captioned matter.

In support of this motion, I submit the accompanying declaration of Stefan Shaibani.

                                      Respectfully Submitted,

                                      _____
                                      William E. Wallace, III  (DC Bar No. 298000)
                                      MILBANK TWEED HADLEY & MCCLOY
                                      1825 Eye Street, N.W., Suite 1100
                                      Washington, DC 20006
                                      Telephone: (202) 835-7511
                                      Facsimile:  (202) 263-7511

May 17, 2005                         *Counsel for John Hancock Life Ins. Co.*

DECLARATION OF STEFAN SHAIBANI
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Stefan Shaibani, declare under penalty of perjury that:

1. My office address is 1825 Eye Street, N.W., Suite 1100, Washington, DC, 20006. My telephone number is (202) 835-7581. My e-mail address is SShaibani@Milbank.com.

2. I am an associate at the law firm of Milbank, Tweed, Hadley & McCloy, LLP, counsel for John Hancock Life Insurance Company.

3. I am a member in good standing good standing of the Bars of the State of California and the District of Columbia, and I am admitted to practice and have presented arguments at the United States Court of International Trade, the United States Court of Federal Claims, and the United States Court of Appeals for the Federal Circuit.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5. I have not applied for *pro hac vice* admission to this Court within the last two years.

6. I engage in the practice of law from an office located in the District of Columbia, and I am a member of the District of Columbia Bar.

_____
Stefan Shaibani (DC Bar No. 490024)
MILBANK TWEED HADLEY & MCCLOY
1825 Eye Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7581
Facsimile: (202) 263-7581

May 17, 2005         *Counsel for John Hancock Life Ins. Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

## PROPOSED ORDER

Upon consideration of the motion of William E. Wallace, III, for the *pro hac vice* admission of Stefan Shaibani and the accompanying declaration in support thereof, it is hereby

ORDERED that Stefan Shaibani be admitted to this Court *pro hac vice* to practice in the above-captioned matter.

May ____, 2005

_____
Honorable Henry H. Kennedy
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I caused to be served by First Class Mail copies of (1) "MOTION FOR *PRO HAC VICE* ADMISSION OF STEFAN SHAIBANI," (2) "DECLARATION OF STEFAN SHAIBANI IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION," and (3) "PROPOSED ORDER" addressed as follows:

John Scheuermann
Scheuermann & Menist
700 E Street, S.E.
Washington, D.C. 20003
Tel: (202) 547-9180

William A. Brewer, III
Bickel & Brewer
767 Fifth Avenue
New York, NY 10153
Tel: (212) 489-1400

_____
Stefan Shaibani