# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION )<br>                Plaintiff(s),   )<br>                              )<br>    vs.                            )<br>                              )<br>2660 WOODLEY ROAD JOINT VENTURE   )<br>                Defendant(s).   ) | Case No.05-0971 HHK |

## NOTICE REGARDING SUPERIOR COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the Superior Court for the District of Columbia is in paper form only and is being maintained in the in the Clerk's office. The Superior Court Case Number is 05-ca-2956. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

                                                      NANCY MAYER-WHITTINGTON, CLERK

Date:   May 20, 2005