UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

DEFENDANT'S CONSENT MOTION FOR ADOPTION OF BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b) and Rule 7 of the Local Rules of the United States District Court for the District of Columbia, defendant John Hancock Life Insurance Company ("defendant"), through undersigned counsel, respectfully requests the Court to adopt the briefing schedule set forth in the parties' stipulation attached to this motion.

On May 20, 2005, the Court granted defendant's motion for an extension of time to file a motion to dismiss in lieu of an answer. On May 20, 2005, the parties entered into a stipulation setting forth (1) the briefing schedule on defendant's motion to dismiss, and (2) providing plaintiff an opportunity to file a motion to remand on or before the same date as defendant's motion to dismiss.

For the above reasons, defendant respectfully requests the Court to adopt the briefing schedule set forth in the attached stipulation and proposed order.

                    Respectfully Submitted,

                    <u>/s/ William E. Wallace, III</u>
                    William E. Wallace, III  (DC Bar No. 298000)
                    MILBANK TWEED HADLEY & MCCLOY
                    1825 Eye Street, N.W., Suite 1100
                    Washington, DC 20006
                    Telephone: (202) 835-7511
                    Facsimile:  (202) 263-7511

May 20, 2005              *Counsel for John Hancock Life Ins. Co.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2005, I electronically filed and caused to be served by First Class Mail copies of (1) "DEFENDANT'S CONSENT MOTION FOR ADOPTION OF BRIEFING SCHEDULE," (2) "PROPOSED ORDER," and (3) "STIPULATION," addressed as follows:

>John Scheuermann
>Scheuermann & Menist
>700 E Street, S.E.
>Washington, D.C. 20003
>Tel: (202) 547-9180

>William A. Brewer, III
>Bickel & Brewer
>767 Fifth Avenue
>New York, NY 10153
>Tel: (212) 489-1400

><u>/s/ William E. Wallace, III</u>
>William E. Wallace, III