UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

PROPOSED ORDER

Upon consideration of Defendant John Hancock Life Insurance Company's ("defendant") consent motion for adoption of briefing schedule, the parties' stipulation, and all other pertinent papers, it is hereby

ORDERED that defendant's motion is granted;

ORDERED that defendant shall file its motion to dismiss, in lieu of an answer, on or before June 22, 2005;

ORDERED that plaintiff shall file its response to defendant's motion to dismiss on or before July 22, 2005;

ORDERED that defendant shall file its reply to plaintiff's opposition to the motion to dismiss on or before August 5, 2005;

ORDERED that plaintiff shall have the opportunity to file a motion to remand on or before June 22, 2005;

  ORDERED that all other existing deadlines shall remain in effect.


May ____, 2005            _____
                   Honorable Henry H. Kennedy
                   United States District Judge