UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>2660 WOODLEY ROAD JOINT VENTURE,<br><br>and,<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (formerly known as John Hancock Mutual Life Insurance Company),<br><br>Defendants. | Case No. 1:05CV0971-HHK |

### STIPULATION

Defendant John Hancock Life Insurance Company ("defendant") and plaintiff Washington Sheraton Corporation ("WSC"), through their counsel, hereby agree and stipulate as follows:

1. Defendant shall file its motion to dismiss, in lieu of an answer, on or before June 22, 2005.

2. Plaintiff shall file its response to defendant's motion to dismiss on or before July 22, 2005.

3. Defendant shall file its reply to plaintiff's opposition to the motion to dismiss on or before August 5, 2005.

4. Plaintiff shall have the opportunity to file a motion to remand on or before June 22, 2005.

5. All other existing deadlines shall remain in effect.

_____
William E. Wallace, III
MILBANK TWEED HADLEY & MCCLOY
1825 Eye Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7511

May 18, 2005                *Counsel for John Hancock Life Ins. Co.*

_____
William A. Brewer, III
Bickel & Brewer
767 Fifth Avenue
New York, NY 10153
Tel: (212) 489-1400

May 20, 2005                *Counsel for Washington Sheraton Corporation*

_____
John Scheuermann
Scheuermann & Menist
700 E Street, S.E.
Washington, D.C. 20003
Tel: (202) 547-9180

May 20, 2005                *Counsel for Washington Sheraton Corporation*