UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY'S
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant John Hancock Life Insurance Company ("John Hancock") hereby moves pursuant to Federal Rule of Civil Procedure 12(b) to dismiss Plaintiff Washington Sheraton Corporation's ("WSC") complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules of the District Court for the District of Columbia, or in the alternative to grant summary judgment to pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In its three-count Complaint, Plaintiff claims it is entitled to a one percent share of the proceeds generated by the sale of the Sheraton Washington Hotel. The hotel was sold, more than six years ago-- in January 1999, a fact well known to Plaintiff at the time of the sale. Moreover, Plaintiff already has sued, albeit unsuccessfully, on the same

claim asserted in the complaint *sub judice*. Plaintiff's claims are barred in their entirety by the statute of limitations and the doctrine of res judicata.

The fraud and misrepresentation allegations in Plaintiff's complaint have not been pled with the requisite particularity. To the extent the complaint is not dismissed with prejudice, it should be dismissed with leave to amend in compliance with Federal Rule of Civil Procedure 9.

    Respectfully submitted,

    /s/ William E. Wallace III
    William E. Wallace III  (DC Bar No. 298000)
    Jonathan C. Poling  (DC Bar No. 490024)
    MILBANK, TWEED, HADLEY & M$^{\underline{C}}$CLOY LLP

    1825 Eye Street, N.W., Suite 1100
    Washington, DC 20006
    Telephone: (202) 835-7511
    Facsimile:  (202) 263-7511

    *Counsel for John Hancock Life Ins. Co.*

June 22, 2005