UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

## DECLARATION OF WILLIAM E. WALLACE III

1. I am an attorney admitted to practice in the District of Columbia and am a partner with the firm Milbank, Tweed, Hadley & McCloy LLP, counsel for Defendant John Hancock Life Insurance Company in this matter. I submit this declaration in support of the Defendant's Motion To Dismiss Or In The Alternative For Summary Judgment.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Final Judgment entered by the United States District Court for the District of Delaware in the matter, *2660 Woodley Road Joint Venture, et al. v. ITT Sheraton Corporation, et al.* on March 1, 2005.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Amended and Restated Joint Venture Agreement of 2660 Woodley Road Joint Venture,

signed by John Hancock Mutual Life Insurance Company, Sumitomo Life Realty (N.Y.), Inc., and Washington Sheraton Corporation on June 12, 1990.

4. Attached hereto as Exhibit "C" is a true and correct copy of an Order, dated December 2, 1999.

5. Attached hereto as Exhibit "D" is a true and correct copy of a General Verdict Form, dated December 10, 1999.

6. Attached hereto as Exhibit "E" is a true and correct copy of a Notice of Appeal, dated January 23, 2002.

7. Attached hereto as Exhibit "F" is a true and correct copy of the Affidavit of John S. Kinzey in Support of the Motion for Supplement Counterclaims dated October 22, 1999.

8. Attached hereto as Exhibit "G" is a true and correct copy of an Amended Judgment in a Civil Case, dated January 10, 2002.

9. Attached hereto as Exhibit "H" is a true and correct copy of a Letter from Robert L. Bronston to Teressa L. Williams, dated February 21, 2002.

10. Attached hereto as Exhibit "I" is a true and correct copy of an Order, dated September 25, 2002.

11. Attached hereto as Exhibit "J" is a true and correct copy of a Letter from James Latham to Malcolm Pittman dated October 11, 1999.

12. Attached hereto as Exhibit "K" is a true and correct copy of a Memorandum of Law in Support of Motion for Leave to Supplement Counterclaims, dated October 25, 1999.

13. Attached hereto as Exhibit "L" is a true and correct copy of a Second Amended Answer and Counterclaims, dated October 25, 1999.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 22, 2005.

_____
William E. Wallace III