IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 2660 WOODLEY ROAD JOINT VENTURE, et al.,<br><br>Plaintiffs and Counter-defendants,<br><br>vs.<br><br>ITT SHERATON CORPORATION, et al.,<br><br>Defendants and Counter-plaintiffs. | Civil Action No. 97-450-JJF |

**PROPOSED JUDGMENT**

At Wilmington this 1st day of March 2005, having considered the Motion of Plaintiffs 2660 Woodley Road Joint Venture, Woodley Road Associates, Inc., and John Hancock Mutual Life Insurance Company (now known as John Hancock Life Insurance Company) (collectively, "John Hancock") for the District Court to Enter Judgment Consistent with the Third Circuit's Opinion and Remand of May 25, 2004, and the Response of Defendants ITT Sheraton Corporation and Sheraton Operating Corporation (collectively, "Sheraton") to Plaintiffs' Motion for Entry of Judgment; and

WHEREAS, on October 3, 2002, Sheraton made a payment to John Hancock of $1,544,728.87, which payment satisfied Sheraton's obligations under the Court's initial Judgment entered on December 13, 1999, for (i) the $1,100,000 award in favor of John Hancock on its claims for breach of fiduciary duty, breach of the implied duty of good faith and fair dealing, and intentional or negligent misrepresentation, and (ii) the $222,000 award in favor of John Hancock on its beach of contract claim relating to the workers' compensation provision in the Management Agreement, with interest at the rate of 5.670% compounded annually.

NY2:#4629644

DEFENDANT'S EXHIBIT A

**IT IS HEREBY ORDERED** that judgment is entered as follows:

1. In favor of John Hancock and against Sheraton, jointly and severally, in the amount of $1,100,000 in damages for John Hancock's claims for breach of fiduciary duty, breach of the implied duty of good faith and fair dealing, and intentional or negligent misrepresentation, with interest at the rate of 5.67% compounded, which amount Sheraton has already paid to John Hancock, as set forth above;

2. In favor of John Hancock and against Sheraton, jointly and severally, in the amount of $222,000 in damages for breach of the workers compensation provision of the Management Agreement, with interest at the rate of 5.67% compounded, which amount Sheraton has already paid to John Hancock, as set forth above;

3. In favor of John Hancock and against Sheraton, jointly and severally, in the amount of $2,025,000 in punitive damages;

4. In favor of John Hancock and against Sheraton, jointly and severally, in the amount of $250,000 in damages for breach of the purchasing services provision of the Management Agreement;

5. Post-judgment interest in favor of John Hancock on the foregoing amounts set forth in paragraphs 3 and 4, above, at the rate of 5.670%, compounded annually and computed on a daily basis, from December 13, 1999 to the date of payment, with such post-judgment interest amounting to a total of $722,364.46 as of December 13, 2004, and thereafter accruing at a daily rate of $465.61, from December 13, 2004 to the present; and

NY2:#4629644

6. In favor of John Hancock and against Sheraton, jointly and severally, in the amount of $51,710.36, for costs.

Dated: ~~February~~ March 1, 2005

_____
United States District Judge

NY2:#4629644