

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

2660 WOODLEY ROAD JOINT VENTURE, :
WOODLEY ROAD ASSOCIATES, INC., :
JOHN HANCOCK MUTUAL LIFE :
INSURANCE COMPANY and SUMITOMO :
LIFE REALTY (N.Y.), INC. :
:
      Plaintiffs, : Civil Action No. 97-450-JJF
:
      v. :
:
ITT SHERATON CORPORATION and :
SHERATON OPERATING CORPORATION, :
:
      Defendants. :

### O R D E R

WHEREAS, presently before the Court are a number of pending motions;

WHEREAS, the Court has considered the arguments presented by both sides regarding the pending motions;

NOW, THEREFORE on this 2 day of December, 1999, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment On All Counterclaims (D.I. 254) is DENIED as it relates to counterclaims I, II, and III. Counterclaims IV, V, and VI will be SEVERED from the pending trial for subsequent consideration;

2. Defendants' Motion for Summary Judgment on Plaintiff's Federal Causes of Action (D.I. 260) is DENIED;



3.  Motion by Counterclaimant Washington Sheraton for Leave to Supplement Counterclaims (D.I. 302) is DENIED;

4.  Motion by Plaintiffs for Order to Show Cause (D.I. 307) is DENIED;

5.  Defendants' application as contained in its Memorandum of Law in Support of their Motion in Limine to Construe Contract (D.I. 312) is DENIED.

_____
UNITED STATES DISTRICT JUDGE