UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

Filed in Open Court
12/10/99

2660 WOODLEY ROAD JOINT VENTURE, *et al.*,

Plaintiffs and Counterplaintiffs,

vs.

ITT SHERATON CORPORATION, *et al.*,

Defendants and Counterplaintiffs.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 97-450-JJF

## GENERAL VERDICT FORM ACCOMPANIED BY SPECIAL INTERROGATORIES

### INSTRUCTIONS:

As judges of the facts, you are being asked to answer questions, called "interrogatories," to record your findings on certain factual issues that have been presented in this trial. You are to deliberate and answer every interrogatory by circling the appropriate response (YES or NO). Your answer to each interrogatory must be unanimous.

In addition, your verdict on each of Plaintiff's claims will be recorded on this verdict form. You must decide either for Plaintiffs or for Sheraton on each claim. Your verdict on each claim must be unanimous. If, after full deliberation, you are unable to reach a verdict on any claim, you are to notify the bailiff.

After you have completed your deliberations and entered on this form your answers to the interrogatories and your verdicts on the Plaintiffs' claims, the foreperson of the jury must sign the verdict form, certifying that it accurately records the answers and verdicts of the jury. Then notify the bailiff that you have completed the verdict form.



DEFENDANT'S EXHIBIT D

# SPECIAL INTERROGATORIES and GENERAL VERDICT FORM

## Plaintiffs' RICO Claims-Special Interrogatories

1. Did Sheraton violate the Racketeer Influenced and Corrupt Practices Act ("RICO")?

    YES OR (NO)

2. If you answered YES in Question 1: Were plaintiffs injured in their business or property as a result of Sheraton's conduct? YES  NO  NOT APPLICABLE.

(IF NO OR NOT APPLICABLE, OMIT QUESTIONS 3-6.)

## Plaintiffs' RICO Claims-General Verdicts

3. On Plaintiffs' claim under 18 U.S.C. Section 1962(c), we find for:

    Plaintiffs_____   Defendants_____

4. On Plaintiffs' claim under 18 U.S.C. Section 1962(a), we find for:

    Plaintiffs_____   Defendants_____

5. On Plaintiffs' claim under 18 U.S.C. Section 1962(d), we find for:

    Plaintiffs_____   Defendants_____

6. If you found for Plaintiffs in Questions 3, 4 or 5, what amount of damages, if any, should plaintiffs be awarded (specify a dollar amount or zero)? $_____

## Plaintiffs' Robinson-Patman Claim-General Verdict

7. On Plaintiffs' claim under the Robinson-Patman Act, we find for:

    Plaintiffs __✓__   Defendants_____

8. If you found for Plaintiffs in Question 7, what amount of damages, if any, should plaintiffs be awarded (specify a dollar amount or zero)? $ 750,000

2

**Plaintiffs' Contract Claims-Special Interrogatories and Verdict**

9. Did Sheraton materially breach the Management Contract with respect to its obligations concerning any of the following services or duties:

| | |
|---|---|
| a. to act as owners agent | (YES) OR NO |
| b. purchasing services? | (YES) OR NO |
| c. frequent traveler program ("SCI")? | YES OR (NO) |
| d. reservations system? | YES OR (NO) |
| e. "usable denials" practices? | YES OR (NO) |
| f. workers compensation | (YES) OR NO |
| g. complimentary rooms practices? | YES OR (NO) |
| h. any other contractual duty? | YES OR (NO) |

ANSWER QUESTION 10 ONLY WITH RESPECT TO THOSE ITEMS, IF ANY, FOR WHICH YOU ANSWERED YES IN QUESTION 9.

10. What damages, if any, do you award to plaintiffs for a breach of the Management Contract concerning each of the following (specify either zero or a dollar amount):

| | |
|---|---|
| a. to act as owners agent | $ 10.26 mm |
| b. purchasing services? | $ 250,000 |
| c. frequent traveler program ("SCI")? | $ 0 |
| d. reservations system? | $ 0 |
| e. "usable denials" practices? | $ 0 |
| f. workers compensation | $ 222,000 |
| g. complimentary rooms practices? | $ 0 |
| h. any other contractual duty? | $ 0 |

ANSWER QUESTION 11 ONLY FOR THOSE ITEMS FOR WHICH YOU AWARDED A DOLLAR AMOUNT IN QUESTION 10.

<u>Plaintiffs' Other Common Law Claims-General Verdicts</u>

12. On Plaintiffs' claim for breach of fiduciary duty, we find for:

   Plaintiffs ✓    Defendants _____

13. On Plaintiffs' claim for breach of the implied duty of good faith and fair dealing, we find for:

   Plaintiffs ✓    Defendants _____

14. On Plaintiffs' claim for fraud, we find for

   Plaintiffs _____    Defendants ✓

15. On Plaintiffs' claim for intentional or negligent misrepresentation, we find for:

   Plaintiffs ✓    Defendants _____

16. If you found for Plaintiffs in Questions 12, 13, 14 or 15, what damages, if any, do you award (specify dollar amount or zero)? $ 1.1 mm

<u>Plaintiffs' claim for Punitive Damages</u>

17. On Plaintiffs' claim for punitive damages, we find for:

   Plaintiffs ✓    Defendants _____

18. If you found for Plaintiffs in Question 17, waht amount of punitive damages do you award to Plaintiffs (specify dollar amount or zero)? $ 37.5 mm

4

**Defendants' Contract Counterclaims-Special Interrogatories**

19. On Defendants' counterclaim for wrongful termination of the Management Contract, we find for:

    Defendants _____    Plaintiffs ✓

20. If you found for Defendant in Question 17, what damages, if any, do you award (specify dollar amount or zero)? $ 0

21. On Defendants' counterclaim for breach of the Management Contract, we find for:

    Defendants _____    Plaintiffs ✓

22. If you found for Defendants in Question 19, what damages, if any, do you award (specify dollar amount or zero)? $ 0

DATED: Dec. 10, 1999

_____
FOREPERSON

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

5

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of January, 2000, that I caused copies of the foregoing **Defendants' Response To Plaintiffs' Motion For Final Judgment On All Claims** to be served upon the following counsel in the manner indicated:

**BY HAND**
James P. Hughes, Esq.
Young, Conaway, Stargatt & Taylor
Rodney Square North
P.O. Box 391
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
William M. Bosch, Esq.
Morgan, Lewis & Bockius, LLP
1800 M Street, N.W.
Washington, D.C. 20036

_____
Jeffrey L. Moyer (#3309)

RLF1-199590-1