IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 2660 WOODLEY ROAD JOINT VENTURE, et al., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) ) | No. 97-450-JJF |
| v. | ) ) | |
| ITT SHERATON CORPORATION, et al., | ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that ITT Sheraton Corporation, Sheraton Operating Corporation and Washington Sheraton Corporation, defendants-counterclaim plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Amended Judgment In A Civil Case, entered on January 10, 2002, and from this Court's Order, Memorandum Order and Memorandum Opinion entered on the same date.

The parties to the Order appealed from and the names and addresses of their respective counsel of record are as follows:

>   Allen M. Terrell, Jr.
>   Thad J. Bracegirdle
>   Richards, Layton & Finger, P.A.
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, Delaware 19899

>   -and-

RLF1-2409023-1



Evan M. Tager
Mayer, Brown & Platt
1909 K Street, N.W.
Washington, D.C. 20006

-and-

Andrew L. Frey
Robert J. Ward
Mayer, Brown & Platt
1675 Broadway
New York, New York 10019

*Attorneys for Defendants and Counterclaim Plaintiffs Sheraton Corporation, Sheraton Operating Corporation and Washington Sheraton Corporation*

James P. Hughes, Jr.
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899

-and-

William E. Wallace, III
Thomas J. O'Brien
William M. Bosch
Derek A. Cohen
Morgan, Lewis & Bockius LLP
1800 M Street, N.W.
Washington, D.C. 20036

*Attorneys for Plaintiffs and Counterclaim Defendants 2660 Woodley Road Joint Venture, Woodley Road Associates, Inc., John Hancock Mutual Life Insurance Company and Sumimoto Life Realty (N.Y.) Inc.*

/s/ Allen M. Terrell, Jr.
Allen M. Terrell, Jr. (I.D. #709)
Thad J. Bracegirdle (I.D. #3691)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Defendants and
   Counterclaim Plaintiffs

Dated: January 23, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2002, two copies of the foregoing were served by hand upon the following attorneys of record at the address indicated:

> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899

_____
Thad J. Bracegirdle (#3691)

RLF1-2409023-1