# MAYER, BROWN, ROWE & MAW

1909 K STREET, N.W.

WASHINGTON, D.C. 20006-1101



FEB 25 2002

U.S.C.A. 3rd. CIR.

ROBERT L. BRONSTON
DIRECT DIAL (202) 263-3244
DIRECT FAX (202) 263-5244
rbronston@mayerbrownrowe.com

MAIN TELEPHONE
(202) 263-3000
MAIN FAX
(202) 263-3300

February 21, 2002

Teressa L. Williams, Case Manager
Office of the Clerk
United States Court of Appeals
  for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   *2660 Woodley Road et al.* v. *ITT Sheraton Corp. et al.*, CA3 docket nos. 02-1297 and 02-1418

Dear Ms. Williams:

This letter is to confirm our phone conversation of today, regarding the status of Washington Sheraton Corporation. Washington Sheraton Corporation was a party to the litigation in the district court only as a counterclaim-plaintiff. Although Washington Sheraton Corporation was listed in the notice of appeal, the appeal will not concern the counterclaims for which Washington Sheraton Corporation was a necessary party. As a result, Washington Sheraton Corporation does not need to be a party to the appeal. If you have any questions or concerns, please feel free to give me a call at (202) 263-3244.

Very truly yours,

Rob Bronston

Robert L. Bronston

cc:   counsel for appellees

Received and Filed

2/25/02 TLW

Marcia M. Waldron,
Clerk

DEFENDANT'S EXHIBIT H

MAYER, BROWN, ROWE & MAW IS A U.S. GENERAL PARTNERSHIP. WE OPERATE IN COMBINATION WITH OUR ASSOCIATED ENGLISH PARTNERSHIP IN THE OFFICES LISTED BELOW.

BRUSSELS  CHARLOTTE  CHICAGO  COLOGNE  FRANKFURT  HOUSTON  LONDON  LOS ANGELES  MANCHESTER  NEW YORK  PALO ALTO  PARIS  WASHINGTON
INDEPENDENT MEXICO CITY CORRESPONDENT: JAUREGUI, NAVARRETE, NADER Y ROJAS, S.C.