UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 5, 2002
B-132

No. 02-1297 and 02-1419

2660 Woodley Raod, et al.
v.
ITT Sheraton Corporation., et al., Appellants
(District of Delaware D.C. No. 97-cv-00450)(JJF)

Present:   ALITO, McKEE and ALDISERT Circuit Judges

Letter Construed as Motion by Appellants/Cross Appellees to dismiss Washington Sheraton Corporation, as an Appellant pursuant to 42(b)FRAP.

Teressa L. Williams
Case Manager
(267) 299-4919

O R D E R

The foregoing  is hereby Granted.

By the Court,

Circuit Judge

Dated:  September 25, 2002

cw/cc: RLB
ALF
EMT
TAA
JWS
WEW

DEFENDANT'S EXHIBIT I