

# STARWOOD
HOTELS & RESORTS WORLDWIDE, INC.

JAMES D. LATHAM
Senior Vice President & General Counsel
Hotel Group

October 11, 1999

Malcolm G. Pittman, III, Esq.
Counsel
John Hancock Mutual Life Insurance Company
John Hancock Place
Post Office Box 111
Boston, MA   02117

MALCOLM G. PITTMAN, III
Counsel

Rec'd   OCT 14 1999

Re:   2660 Woodley Road Joint Venture

Ans'd  c  John Ahgue
           (REIG - 3866)
       Martin Gottlieb
       William Wallace
           (FA~)

Dear Malcolm,

This will acknowledge receipt of your letter dated September 28, 1999.

Please explain the "number of reasons" why the final accounting of the joint venture has been delayed. The closing occurred on January 15, 1999 and a nine month delay in making final distribution – or even a partial distribution - is unreasonable and a breach of the Managing Partner's fiduciary obligation to its other partner. At such a time as distribution is made, we will, of course, along with a complete accounting, expect interest on our partnership share from the date of the closing.

Very truly yours,

James D. Latham

JDL/jd

**DEFENDANT'S EXHIBIT J**

     

St. Regis Luxury Collection — Westin — Sheraton — Four Points — W Hotels — Caesars

60 State Street, Boston, Massachusetts, 02109   T (617) 367-5626   F (617) 367-5637