UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2660 WOODLEY ROAD JOINT VENTURE, ) <br> ) <br> and, ) <br> ) <br> JOHN HANCOCK LIFE INSURANCE ) <br> COMPANY (formerly known as John Hancock ) <br> Mutual Life Insurance Company), ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05CV0971-HHK |

PROPOSED ORDER

Upon consideration of Defendant John Hancock Life Insurance Company's ("Defendant") motion to dismiss or, in the alternative, motion for summary judgment, the memorandum and exhibits in support thereof, Plaintiff's memorandum in opposition to the motion, and all other pertinent papers, it is hereby

**ORDERED** that Defendant's motion is granted; and it is further

**ORDERED** that Plaintiff's complaint is dismissed with prejudice.


_____, 2005          _____
                                          Honorable Henry H. Kennedy
                                          United States District Judge