# MILBANK, TWEED, HADLEY & McCLOY LLP

INTERNATIONAL SQUARE BUILDING

1825 EYE STREET N.W.

WASHINGTON, D.C. 20006-5417

202-835-7500

FAX: 202-835-7586

JONATHAN C. POLING
DIRECT DIAL NUMBER
202-835-7532
E-MAIL:jpoling@milbank.com

NEW YORK
212-530-5000
FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

PALO ALTO
650-739-7000
FAX: 650-739-7100

LONDON
44-207-448-3000
FAX: 44-207-448-3029

FRANKFURT
49-69-7593-7170
FAX: 49-69-7593-8303

TOKYO
813-3504-1050
FAX: 813-3595-2790

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

July 14, 2005

**Via E-Mail & UPS Next Day Air**

Kristi Koenen
Bickel & Brewer
767 Fifth Avenue
50th Floor
New York, NY 10153

    Re: *Washington Sheraton Corporation v. 2660 Woodley Road Joint Venture, et al*
      Index No. 05-cv-971-HHK, U.S. District Court, D.C.

Dear Kristi:

  Enclosed please find the executed stipulation you requested, which extends the filing deadlines for the opposition and reply papers relating to Defendant's Motion to Dismiss.

  It is our understanding that you will take the necessary steps to file this stipulation with the Court.

            Very truly yours,

            Jonathan C. Poling

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and )<br>)<br>JOHN HANCOCK MUTUAL LIFE )<br>INSURANCE COMPANY (formerly known as )<br>John Hancock Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No.: 1:05CV0971-HHK |

## STIPULATION

Defendant John Hancock Life Insurance Company ("defendant") and plaintiff Washington Sheraton Corporation ("WSC"), through their counsel, hereby agree and stipulate as follows:

1. Plaintiff shall file its response to defendant's motion to dismiss on or before August 5, 2005.

2. Defendant shall file its reply to plaintiff's opposition to the motion to dismiss on or before August 19, 2005.

3. All other existing deadlines shall remain in effect.

                                          */s/ William A. Brewer III*

William A. Brewer III
James S. Renard
BICKEL & BREWER
767 Fifth Avenue, 50th Floor
New York, N.Y. 10153
Telephone: (212) 489-1400

July 13, 2005                        *Counsel for Washington Sheraton Corporation*

                                          _____

John Scheurermann
SCHEURERMANN & MENIST
700 E Street, S.E.
Washington, D.C. 20003
Telephone: (202) 547-9180

July __, 2005                      *Counsel for Washington Sheraton Corporation*

                                          */s/ William E. Wallace III / J.C.P.*

William E. Wallace, III
MILBANK TWEED HADLEY & MCCLOY
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7511

July 14th, 2005                  *Counsel for John Hancock Life Ins. Co.*

5080611.01
1643-35