**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV0971(HHK) |
| | ) |
| 2660 WOODLEY ROAD JOINT VENTURE, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN HANCOCK LIFE INSURANCE COMPANY | ) |
| (Formerly known as John Hancock Mutual Life | ) |
| Insurance Company), | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO EXTEND FILING DEADLINES

COMES NOW, the Plaintiff, the Washington, Sheraton Corporation, by and through counsel, by consent of all counsel, pursuant to F.R.Civ.Pro. 6(b) and  L.Cv.R. 7, to respectfully request the entry of an order extending the time within which the Plaintiff is required to file its opposition, or otherwise respond to, the Defendants' motion to dismiss or in the alternative for summary judgment through August 23, 2005,  and to extend the time for the Defendants to file their Reply through September 9, 2005.  In all other respects the existing scheduling order shall remain unchanged.

Wherefore, the parties pray:

1.  That the instant motion be granted; and

2.  That the Court grant such other and further relief as is just and proper.

-1-

Respectfully submitted,

BICKEL & BREWER

By_____

      William A. Brewer, III
      James S. Renard
      767 Fifth Avenue,
      New York, New York
      (212) 489-1400
(Not admitted in the District of Columbia)


SCHEUERMANN & MENIST

By:_____
      John E. Scheuermann, Bar No. 185470
      700 E Street, S.E.
      Washington, D.C.  20003
      (202) 547-9180
      (202) 547-2050-facsimile
      jes@estreetlaw.com
Counsel for the Plainitff


## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing consent motion was this ___ day of August, 2005, mailed, first class mail, U.S. Postage pre-paid to: William E. Wallace, III, Esquire and Stefan Shaibani, Esquire, MILBANK, TWEED, HADLEY & McCLOY, LLP, 1825 Eye Street, N.W., Suite 1100, Washington, D.C. 20006, Counsel for the Defendants.


_____
John E. Scheuermann

-2-

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

_____
                                                )
WASHINGTON SHERATON CORPORATION,                 )
                                                 )
                         Plaintiff,              )
                                                 )
v.                                               ) Case No. 1:05CV0971(HHK)
                                                 )
2660 WOODLEY ROAD JOINT VENTURE,                 )
                                                 )
and                                              )
                                                 )
JOHN HANCOCK LIFE INSURANCE COMPANY              )
(Formerly known as John Hancock Mutual Life      )
Insurance Company),                              )
                                                 )
                         Defendants.             )
_____  )

**O R D E R**

    Upon consideration of the parties consent motion to extend time, it is by the Court this

_____ day of August, 2005

O R D E R E D

    That the motion is, and is hereby, granted; and

    The Plaintiff shall oppose, or otherwise respond, to the Defendants motion to dismiss, or

in the alternative, for summary judgment on or before August 23, 2005; and

    The Defendants shall Reply on or before September 9, 2005; and

    In all other respects the scheduling order is unchanged.

_____

-3-

UNITED STATES DISTRICT JUDGE

Copies to:

William A. Brewer, III, Esquire
James S. Renard, Esquire
BICKEL & BREWER
767 Fifth Avenue,
New York, New York 10153

John E. Scheuermann, Esquire
SCHEUERMANN & MENIST
700 E Street, S.E.
Washington, D.C.  20003

William E. Wallace, III, Esquire
Stefan Shaibani, Esquire
MILBANK, TWEED, HADLEY & McCLOY, LLP
1825 Eye Street, N.W., Suite 1100
Washington, D.C.  20006