AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) <br> WASHINGTON SHERATON CORPORATION | ) <br> ) <br> ) <br> ) | APPEARANCE |
| vs. | ) <br> ) <br> ) <br> ) | CASE NUMBER <br> 1:05-CV-971 (HHK) |
| Defendant(s) <br> 2660 WOODLEY ROAD JOINT VENTURE AND <br> JOHN HANCOCK LIFE INSURANCE COMPANY <br> (Formerly Known As John Hancock Mutual Life Insurance Company) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Jonathan Poling_____ as counsel in this
                                   (Attorney's Name)

case for: _____Defendant, John Hancock Life Insurance Company_____
                        (Name of party or parties)


_____August 5, 2005_____
Date

_____489459_____
BAR IDENTIFICATION

_____[signature]_____
Signature

Jonathan Poling
Print Name

Milbank, Tweed, Hadley & McCloy
1825 Eye Street, NW   Suite 1100
Address

Washington, DC   20005
City            State         Zip Code

202-835-7532
Phone Number