UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2660 WOODLEY ROAD JOINT VENTURE, ) <br> ) <br> and, ) <br> ) <br> JOHN HANCOCK LIFE INSURANCE ) <br> COMPANY (formerly known as John Hancock ) <br> Mutual Life Insurance Company), ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05CV0971-HHK |

To the Clerk of this Court and all parties of Record:

Please note the withdrawal of appearance of Stefan Shaibani as counsel in this case for Defendant John Hancock.

298000
**BAR IDENTIFICATION**

*William E. Wallace /J.e.f.*
**Signature**

William E. Wallace III
Milbank, Tweed, Hadley & McCloy
1825 Eye Street, NW,
Suite 1100
Washington, DC 20005
202-835-7511

August 5, 2005