## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

_____ )
                                              )
WASHINGTON SHERATON CORPORATION,              )
                                              )
                              Plaintiff,       )
                                              )
v.                                            ) Case No.1:05CV0971
                                              ) (HHK)
2660 WOODLEY ROAD JOINT VENTURE,              )
                                              )
and                                           )
                                              )
JOHN HANCOCK LIFE INSURANCE COMPANY           )
(Formerly known as John Hancock Mutual Life   )
Insurance Company),                           )
                                              )
                              Defendants.      )
_____ )

### CONSENT MOTION TO EXTEND FILING DEADLINES

COMES NOW Plaintiff Washington Sheraton Corporation, by and through its counsel, by consent of all counsel, pursuant to Fed. R. Civ. P. 6(b) and L.Cv.R. 7, to respectfully request the entry of an order extending the time within which Plaintiff is required to file its opposition, or otherwise respond to, Defendants' motion to dismiss or in the alternative, for summary judgment, through September 2, 2005, and to extend the time for Defendants to file their Reply through September 16, 2005.  In all other respects the existing scheduling order shall remain unchanged.

Wherefore, the parties pray:

1.      That the instant motion be granted; and

2.      That the Court grant such other and further relief as is just and proper.

Respectfully submitted,


BICKEL & BREWER


By:_____/s/_____
William A. Brewer III
James S. Renard
767 Fifth Avenue,
New York, New York
(212) 489-1400
(Not admitted in the District of Columbia)


Counsel for Defendants


SCHEUERMANN & MENIST


By:_____/s/_____
John E. Scheuermann, Bar No. 185470
700 E Street, S.E.
Washington, D.C.  20003
(202) 547-9180
(202) 547-2050-facsimile
          jes@estreetlaw.com


Counsel for Plaintiff



**CERTIFICATE OF SERVICE**

        I hereby certify that a true copy of the foregoing consent motion was this 22nd day of August, 2005, mailed, first class mail, U.S. Postage pre-paid to: William E. Wallace, III, Esquire and Jonathan Cyril Poling, Esquire, MILBANK, TWEED, HADLEY & McCLOY, LLP, 1825 Eye Street, N.W., Suite 1100, Washington, D.C. 20006, Counsel for the Defendants.


_____/s/_____
John E. Scheuermann

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

_____ )
WASHINGTON SHERATON CORPORATION,              )
                                              )
                          Plaintiff,          )
                                              )
v.                                            ) Case No.1:05CV0971
                                              ) (HHK)
2660 WOODLEY ROAD JOINT VENTURE,              )
                                              )
and                                           )
                                              )
JOHN HANCOCK LIFE INSURANCE COMPANY           )
(Formerly known as John Hancock Mutual Life   )
Insurance Company),                           )
                                              )
                          Defendants.         )
_____ )

**O R D E R**

      Upon consideration of the parties' consent motion to extend time, it is by the

Court this _____ day of August, 2005,

O R D E R E D

      That the motion is, and is hereby, granted; and

      Plaintiff shall oppose, or otherwise respond, to Defendants' motion to dismiss, or

in the alternative, for summary judgment on or before September 2, 2005; and

      Defendants shall reply on or before September 16, 2005; and

      In all other respects the scheduling order is unchanged.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

William A. Brewer III, Esquire
James S. Renard, Esquire
BICKEL & BREWER
767 Fifth Avenue,
New York, New York 10153

John E. Scheuermann, Esquire
SCHEUERMANN & MENIST
700 E Street, S.E.
Washington, D.C.  20003

William E. Wallace, III, Esquire
Jonathan Cyril Poling, Esquire
MILBANK, TWEED, HADLEY & McCLOY, LLP
1825 Eye Street, N.W., Suite 1100
Washington, D.C.  20006