UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| 2660 WOODLEY ROAD JOINT VENTURE, | ) |
| | ) Case No. 1:05CV0971-HHK |
| and, | ) |
| | ) |
| JOHN HANCOCK LIFE INSURANCE | ) |
| COMPANY (formerly known as John Hancock | ) |
| Mutual Life Insurance Company), | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF JONATHAN C. POLING

1.      I am an attorney admitted to practice in the District of Columbia and am associated with the firm Milbank, Tweed, Hadley & McCloy LLP, counsel to Defendant John Hancock Life Insurance Company ("Hancock") in this matter.  I submit this declaration in support of Hancock's Reply to WSC's Opposition to Hancock's Motion To Dismiss Or In The Alternative For Summary Judgment.

2.      Attached hereto as Exhibit "A" is a true and correct copy of a letter dated February 7, 2005 from William A Brewer III, counsel to WSC, to William E. Wallace III, counsel to Hancock.

I declare under penalty of perjury of the laws of the District of Columbia that the foregoing is true and correct.

Executed:  September 16, 2005.

_____
Jonathan C. Poling

# BICKEL & BREWER

ATTORNEYS AND COUNSELORS
767 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
PHONE: (212) 489-1400
FAX: (212) 489-2384

www.bickelbrewer.com

4800 BANK ONE CENTER
1717 MAIN STREET
DALLAS, TEXAS 75201
(214) 653-4000

February 7, 2005

<u>VIA FACSIMILE AND E-MAIL</u>

William E. Wallace III, Esq.
Milbank, Tweed, Hadley & McCloy LLP
International Square Building
1825 Eye Street N.W.
Washington, D.C. 20006-5417

Re:    2660 Woodley Road Joint Venture

Dear Bill:

I have been retained by Washington Sheraton Corporation ("Sheraton") to represent it in connection with its interests in 2660 Woodley Road Joint Venture (the "Partnership") under the Amended and Restated Joint Venture Agreement of 2660 Woodley Road Joint Venture, as Amended (the "Agreement"). The purpose of this letter is twofold.

First, as you know, on or about January 15, 1999, the Partnership disposed of substantially all of its assets when it sold the Sheraton Washington Hotel for approximately $202,487,981 (the "Sale"). According to the information that you previously provided to me, at the time of the Sale, the portion of the Sale proceeds attributable to Sheraton, in accordance with Sheraton's one percent interest in the Partnership, was $2,024,880. However, Sheraton has not received *any* Sale-related distributions from the Partnership or the Managing Partner. In addition, given that the Sale triggered a dissolution of the Partnership pursuant to the applicable provisions of the Agreement, the Partnership was obligated to immediately commence to wind up its affairs and the Managing Partner became obligated to liquidate the business of the Partnership. Nevertheless, Sheraton has not received *any* liquidation-related distributions. Accordingly, Sheraton requests that the Partnership and/or the Managing Partner:    (a) immediately provide an accounting of the amounts and payments due and owing, or otherwise attributable, to Sheraton relating to the Sale and/or the dissolution of the Partnership; and (b) pay such amounts to Sheraton.



BICKEL & BREWER

William E. Wallace III, Esq.
February 7, 2005
Page 2


Second, since the Sale, the Managing Partner has disclosed little, if any, information relating to the Partnership. Therefore, pursuant to Section 6.01 of the Agreement, Sheraton hereby requests access to the books and records of the Partnership for the purpose of inspecting and copying documents relating to: (a) the Sale; (b) the dissolution and subsequent winding-up of the Partnership; and (c) the Managing Partner's performance of its duties and compliance with its obligations under both the Agreement and applicable common law. In connection with this request, please let us know where the Partnership's books and records are presently located and when we may begin our review of those materials.

Bill, if you have any questions or comments regarding the foregoing requests, please do not hesitate to contact me. I hope that we can resolve by agreement and mutual cooperation the outstanding matters relating to the Partnership and Sheraton's interests therein.

Sincerely,

William A. Brewer III

William A. Brewer III