CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
G Add Attorney and address to system

**SYSTEMS OFFICE:**
**Ⓖ Firm moved to new address**    G Verified
G Address correction/modification
G Person Name change/correction
G Firm Name change/correction
G Create Flag:    G Pro Bono    G Pro Hac Vice
G Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
G Pro Se moved to new address
G Attorney moved to new address
G Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
G Create flag:
G Government    G Gvt Not Certified    G RTC Attorney
G Attorney listed with Aprovisional• flag
G Attorney listed with Aincomplete• flag

---

Case No.: 05-971 HHK            Ⓖ    Attorney        G    Pro Se
Bar ID No.: 298000              Prisoner ID No.:_____
Name: William E. Wallace III  /  Jonathan C. Poling, Bar ID No.: 489459

## OLD ADDRESS:

Office: Milbank, Tweed, Hadley & McCloy LLP
Unit: _____
Address: 1825 Eye Street, N.W.
         Suite 1100
City: Washington    State: DC    Zip: 20006
Telephone: 202-835-7500

---

## NEW ADDRESS:

Office: Milbank, Tweed, Hadley & McCloy LLP
Unit: _____
Address: 1850 K Street, N.W.
         Suite 1100
City: Washington,    State: D.C.    Zip: 20006
Telephone: 202-835-7500

COMMENTS: _____

DATE: _____    Deputy Clerk: _____