UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY (formerly known as John Hancock )<br>Mutual Life Insurance Company), )<br>)<br>Defendants. )<br>) | Case No. 1:05CV0971-HHK |

## STIPULATION

After meeting and conferring, the parties, defendant John Hancock Life Insurance Company ("Hancock") and plaintiff Washington Sheraton Corporation ("WSC"), through their counsel, agreed that Hancock shall file its Answer to WSC's Complaint on or before October 26, 2006. All other existing deadlines shall remain in effect.

MILBANK, TWEED, HADLEY & MCCLOY

*William E. Wallace III /JCP*

William E. Wallace III
Jonathan C. Poling
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7511

October 12, 2006                    *Attorneys for John Hancock Life Ins. Co.*

Copy to:

William A. Brewer III
James S. Renard
BICKEL & BREWER
767 Fifth Avenue, 50th Floor
New York, NY 10153
Telephone: (212) 489-1400

John Scheurmann
SCHEURMANN & MENIST
700 E Street, S.E.
Washington, DC 20003
Telephone: (202) 547-9180

*Attorneys for Washington Sheraton Corporation*