UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORP.,<br>     Plaintiff,<br><br>    v.<br><br>2660 WOODLEY ROAD JOINT VENTURE, et al.,<br><br>     Defendants. | Civil Action 05-00971 (HHK) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE ALAN KAY FOR MEDIATION**

It is this 17th day of November, 2006, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings to commence no sooner March 1, 2007, and conclude by May 1, 2007.

                Henry H. Kennedy, Jr.
                United States District Judge