A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Sheraton Corporation

       Plaintiff(s)    )
                              )    **APPEARANCE**
                              )
             vs.            )    CASE NUMBER   1:05-CV-971 (HHK)
2660 Woodley Road Joint Venture AND )
John Hancock Life Insurance Company )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   William E. Wallace   as counsel in this
                                       (Attorney's Name)

case for:  2660 Woodley Road Joint Venture
                (Name of party or parties)

November 20, 2006
Date

*William E. Wallace III /jcp*
Signature

298000
BAR IDENTIFICATION

William E. Wallace
Print Name

1850 K Street, NW, Suite 1100
Address

Washington, DC 20006
City       State       Zip Code

202-835-7511
Phone Number