A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Sheraton Corporation

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
|  | ) |
| vs. | ) |
| 2660 Woodley Road Joint Venture AND | ) |
| John Hancock Life Insurance Company | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:05-CV-971 (HHK)

To the Clerk of this court and all parties of record:

Please enter the appearance of    Jonathan Poling          as counsel in this
                                  (Attorney's Name)

case for:   2660 Woodley Road Joint Venture
                        (Name of party or parties)

November 20, 2006
Date

489459
BAR IDENTIFICATION

_Jonathan C. Poling_
Signature

Jonathan Poling
Print Name

1850 K Street, NW, Suite 1100
Address

Washington, DC 20006
City            State            Zip Code

202-835-7532
Phone Number