UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON SHERATON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2660 WOODLEY ROAD JOINT VENTURE, | ) | |
| | ) | Civil Action 05-00971 (HHK) |
| and, | ) | |
| | ) | Status Conference: |
| JOHN HANCOCK MUTUAL LIFE INSURANCE | ) | **Sept. 21, 2007 at 10:15am** |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THE PARTIES' CONSENT MOTION FOR A BRIEFING SCHEDULE

Defendants John Hancock Financial Services, Inc. (formerly John

Hancock Life Insurance Co. and John Hancock Mutual Life Insurance Co.) ("Hancock")

and the 2660 Woodley Road Joint Venture (the "Partnership") and Plaintiff Washington

Sheraton Corporation ("WSC"), by and through their counsel, hereby move the Court for

an order establishing the following briefing schedule by which the Partnership will enter

an appearance; Hancock will amend its answer and counterclaims on behalf of itself and

the Partnership; and WSC will file its responsive papers, if necessary, to the amended

answer and counterclaims.

No dates set by the Court's November 17, 2006 Scheduling Order are

modified by this consent motion.

1.    The Partnership will enter an appearance and Hancock shall file an

amended answer and counterclaims on behalf of itself and the Partnership on or before

December 8, 2006.

2.    WSC will file responsive papers, if any, to the amended answer and

counterclaims on or before December 18, 2006.

Respectfully submitted,

/s/ William E. Wallace III
William E. Wallace III
Jonathan C. Poling
MILBANK, TWEED, HADLEY & MᶜCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7511
Facsimile: (202) 835-7586

November 20, 2006                     *Attorneys for John Hancock Financial Services, Inc.
                                      & 2660 Woodley Road Joint Venture*

/s/Luke McGrath
Luke McGrath
BICKEL & BREWER
767 Fifth Avenue, 50th Floor
New York, NY 10153
Telephone: (212) 489-1400
Facsimile: (212) 489-2384

November 20, 2006                     *Attorneys for Washington Sheraton Corporation*

/s/John Scheurmann
SCHEURMANN & MENIST
700 E Street, S.E.
Washington, DC 20003
Telephone: (202) 547-9180
Facsimile: (202) 547-2050

November 20, 2006                     *Attorneys for Washington Sheraton Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>2660 WOODLEY ROAD JOINT VENTURE, )<br><br>and, )<br><br>JOHN HANCOCK MUTUAL LIFE INSURANCE )<br>COMPANY )<br><br>Defendants. ) | Civil Action 05-00971 (HHK) |

PROPOSED ORDER

Upon consideration of the parties' consent motion for a briefing

scheduling, it is hereby

ORDERED, that the motion is granted.

ORDERED, that the Partnership shall enter an appearance and Hancock

shall file an amended answer and counterclaims on its behalf and on behalf of the

Partnership on or before December 8, 2006.

ORDERED, that WSC shall file any responsive papers to the amended

answer and counterclaims filed by the Partnership and Hancock on or before December

18, 2006.

November ___, 2006                    _____
                                       Hon. Henry H. Kennedy
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed and caused to be served by First Class Mail copies of the Parties' Consent Motion for a Briefing Schedule and Proposed Order to the following:

John Scheuermann
Scheuermann & Menist
700 E Street, S.E.
Washington, D.C. 20003
Telephone: (202) 547-9180
Facsimile: (202) 547-2050

Luke McGrath
Bickel & Brewer
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 489-1400
Facsimile: (212) 489-2384

/s/ William E. Wallace III

DC1:#8129637