UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WASHINGTON SHERATON CORPORATION, )
)
    Plaintiff, )
)
    v. )
)
2660 WOODLEY ROAD JOINT VENTURE, )
)   Civil Action 05-00971 (HHK)
    and, )
)   Status Conference:
JOHN HANCOCK MUTUAL LIFE INSURANCE )   **Sept. 21, 2007 at 10:15am**
COMPANY )
)
    Defendants. )
)

## THE PARTIES' CONSENT MOTION FOR A BRIEFING SCHEDULE

Defendants John Hancock Financial Services, Inc. (formerly John Hancock Life Insurance Co. and John Hancock Mutual Life Insurance Co.) ("Hancock") and the 2660 Woodley Road Joint Venture (the "Partnership") and Plaintiff Washington Sheraton Corporation ("WSC"), by and through their counsel, hereby move the Court for an order establishing the following briefing schedule by which the Partnership will enter an appearance; Hancock will amend its answer and counterclaims on behalf of itself and the Partnership; and WSC will file its responsive papers, if necessary, to the amended answer and counterclaims.

No dates set by the Court's November 17, 2006 Scheduling Order are modified by this consent motion.

1.      The Partnership will enter an appearance and Hancock shall file an amended answer and counterclaims on behalf of itself and the Partnership on or before December 8, 2006.

2.      WSC will file responsive papers, if any, to the amended answer and counterclaims on or before December 18, 2006.

>Respectfully submitted,
>
>/s/ William E. Wallace III
>William E. Wallace III
>Jonathan C. Poling
>MILBANK, TWEED, HADLEY & McCLOY LLP
>1850 K Street, N.W., Suite 1100
>Washington, DC 20006
>Telephone: (202) 835-7511
>Facsimile: (202) 835-7586

November 21, 2006                *Attorneys for John Hancock Financial Services, Inc. & 2660 Woodley Road Joint Venture*

>/s/Luke McGrath
>Luke McGrath
>BICKEL & BREWER
>767 Fifth Avenue, 50th Floor
>New York, NY 10153
>Telephone: (212) 489-1400
>Facsimile: (212) 489-2384

November 21, 2006                *Attorneys for Washington Sheraton Corporation*

>/s/John Scheurmann
>SCHEURMANN & MENIST
>700 E Street, S.E.
>Washington, DC 20003
>Telephone: (202) 547-9180
>Facsimile: (202) 547-2050

November 21, 2006                *Attorneys for Washington Sheraton Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and, )<br>)<br>JOHN HANCOCK MUTUAL LIFE INSURANCE )<br>COMPANY )<br>)<br>Defendants. )<br>) | Civil Action 05-00971 (HHK) |

PROPOSED ORDER

Upon consideration of the parties' consent motion for a briefing scheduling, it is hereby

ORDERED, that the motion is granted.

ORDERED, that the Partnership shall enter an appearance and Hancock shall file an amended answer and counterclaims on its behalf and on behalf of the Partnership on or before December 8, 2006.

ORDERED, that WSC shall file any responsive papers to the amended answer and counterclaims filed by the Partnership and Hancock on or before December 18, 2006.

November ___, 2006

_____
Hon. Henry H. Kennedy
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed and caused to be served by First Class Mail copies of the Parties' Consent Motion for a Briefing Schedule and Proposed Order to the following:

>John Scheuermann
>Scheuermann & Menist
>700 E Street, S.E.
>Washington, D.C. 20003
>Telephone: (202) 547-9180
>Facsimile: (202) 547-2050
>
>Luke McGrath
>Bickel & Brewer
>767 Fifth Avenue
>New York, NY 10153
>Telephone: (212) 489-1400
>Facsimile: (212) 489-2384

/s/ William E. Wallace III

DC1:#8129637