UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and )<br>)<br>JOHN HANCOCK MUTUAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants )<br>) | Civil Action 05-00971 (HHK)<br><br>Status Conference:<br>**Sept. 21, 2007 at 10:15** |

<u>THE PARTIES' CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING TO DEFENDANT'S COUNTERCLAIM
AND TO MODIFY THE SCHEDULING ORDER TO EXTEND THE TIME
TO MAKE RULE 26(a)(1) DISCLOSURES</u>

Plaintiff Washington Sheraton Corporation ("WSC") and Defendants John Hancock Financial Services, Inc. (formerly John Hancock Life Insurance Co. and John Hancock Mutual Life Insurance Co.) ("Hancock") and the 2660 Woodley Road Joint Venture (the "Partnership"), by and through their counsel, hereby move the Court for an order extending the time for WSC to file a responsive pleading to Defendant's Amended Answer and Counterclaim and modifying the Scheduling Order to extend the time to make Rule 26(a)(1) disclosures for good cause. The law firm of Bickel & Brewer, Co-Counsel for WSC, has been engaged in a time-sensitive as well as labor-intensive *pro bono publico* effort.

1. The parties shall submit their Rule 26(a)(1) Initial Discovery Disclosures on or before December 26, 2006.

2. WSC shall file its responsive pleading to Hancock's Amended Answer and Counterclaims on or before December 26, 2006.

3. All remaining deadlines set by the Court's November 17, 2006 Scheduling Order shall remain the same.

Respectfully submitted,

/s/ William E. Wallace III
William E. Wallace III
Jonathan C. Poling
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7511
Facsimile: (202) 835-7586

December 15, 2006        *Attorneys for John Hancock Financial Services, Inc. & 2660 Woodley Road Joint Venture*

/s/Luke McGrath
Luke McGrath
BICKEL & BREWER
767 Fifth Avenue, 50th Floor
New York, NY 10153
Telephone: (212) 489-1400
Facsimile: (212) 489-2384

December 15, 2006        *Attorneys for Washington Sheraton Corporation*

/s/John E. Scheuermann
John E. Scheuermann
SCHEUERMANN & MENIST
700 E Street, S.E.
Washington, DC 20003
Telephone: (202) 547-9180
Facsimile: (202) 547-2050

December 15, 2006        *Attorneys for Washington Sheraton Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and )<br>)<br>JOHN HANCOCK MUTUAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants ) | Civil Action 05-00971 (HHK) |

ORDER

      Upon consideration of the parties' consent motion for an amended discovery schedule, it is hereby

      ORDERED, that the motion is granted.

      ORDERED, that the parties shall submit their Rule 26(a)(1) Disclosures on or before December 26, 2006.

      ORDERED, that Washington Sheraton Corporation shall file its responsive pleading to the amended answer and counterclaims on or before December 26, 2006.

December ___, 2006

                                                                 Honorable Henry H. Kennedy
                                                                 United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2006, I electronically filed and caused to be served by First Class Mail copies of the Parties' Consent Motion to Amend the Discovery Schedule to the following:

      William E. Wallace III
      Milbank, Tweed, Hadley & McCloy LLP
      1850 K Street, N.W., Suite 1100
      Washington, D.C. 20006
      Telephone: (202) 835-7511
      Facsimile: (202) 835-7586

      Luke McGrath
      Bickel & Brewer
      767 Fifth Avenue
      New York, NY 10153
      Telephone: (212) 489-1400
      Facsimile: (212) 489-2384

/s/John E. Scheuermann