UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2660 WOODLEY ROAD JOINT VENTURE, ) <br> ) <br> and ) <br> ) <br> JOHN HANCOCK LIFE INSURANCE COMPANY ) <br> (formerly known as John Hancock Mutual Life ) <br> Insurance Company), ) <br> ) <br> Defendants. ) | Case No. 1:05CV0971-HHK <br><br> Status Conference: <br> September 21, 2007 at 10:15 am |

**PLAINTIFF'S UNOPPOSED MOTION
TO AMEND THE COURT'S DISCOVERY SCHEDULE**

Plaintiff Washington Sheraton Corporation ("WSC"), by and through their counsel, hereby moves the Court for an order to amend the current deposition and fact discovery completion deadline in this Court's Scheduling Order for good cause, as follows:

First, the parties have met and conferred regarding outstanding document production issues. Mutual production of documents is scheduled on a rolling basis to begin on or before February 1, 2007. The parties have agreed to resolve numerous issues without resort to intervention by the Court. A few items remain to be resolved, but the parties have agreed to reserve rights regarding these issues and move forward with document production.

Second, Plaintiff's counsel, William Brewer and Jim Renard, are currently involved in final preparations for a fast-track arbitration hearing, which is scheduled to commence on February 19, 2007. That proceeding will be concluded by the end of February. Before that time, it will be difficult to prepare for deposition discovery in this matter. By the end of February,

however, Plaintiff's counsel will be available to take and defend depositions. This conflict would result in a short time frame for the parties to conclude deposition discovery by the Court's deadline of March 16, 2007.

Accordingly, in order to prepare for meaningful deposition discovery, and benefit from the mutual exchange of documents between the parties, WSC requests, and Defendants do not oppose, additional time to resolve the above-described document production issues and review the documents produced by the parties before conducting depositions. WSC proposes the following amendments to this Court's Scheduling Order:

1. The parties shall complete their depositions and all fact discovery no later than April 16, 2007.

2. The Court-ordered mediation currently scheduled for March 12, 2007 shall be rescheduled in accordance with Judge Kay's rules, and subject to his availability, for a date within the time period from April 9 through May 4, 2007.

3. All remaining deadlines set by the Court's November 17, 2006 Scheduling Order shall remain the same.

>Respectfully submitted,
>**SCHEUERMANN & MENIST**
>
>/s/ John E. Scheuermann
>John E. Scheuermann (D.C. Bar # 185470)
>700 E. Street, S.E.
>Washington, D.C. 20003
>Telephone: 202-547-9180
>Telecopier: 202-547-2050
>*Attorneys for Plaintiff*

*Of Counsel:*
**BICKEL & BREWER**
William A. Brewer III
James S. Renard
Luke McGrath
767 Fifth Avenue
New York, New York 10153
Telephone: 212-489-1400
Telecopier: 212-489-2384

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>5. )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and )<br>)<br>JOHN HANCOCK MUTUAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants ) | Civil Action 05-00971 (HHK) |

## ORDER

Upon consideration of the motion for an amended discovery schedule, it is hereby

ORDERED, that the motion is granted.

ORDERED, that the parties shall complete the depositions and all fact discovery no later than April 16, 2007.

ORDERED, that the mediation currently scheduled for March 12, 2007 shall be rescheduled in accordance with Judge Kay's rules, and subject to his availability, for a date within the time period from April 9 through May 4, 2007.


January ___, 2007                             _____
                                              Honorable Henry H. Kennedy
                                              United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed and caused to be served by First Class Mail copies of the Motion to Amend the Discovery Schedule to the following:

Jonathan C. Poling
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7511
Facsimile: (202) 835-7586

Luke McGrath
Bickel & Brewer
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 489-1400
Facsimile: (212) 489-2384

/s/John E. Scheuermann