UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> 2660 WOODLEY ROAD JOINT VENTURE, ) <br> ) <br> and ) <br> ) <br> JOHN HANCOCK LIFE INSURANCE COMPANY ) <br> (formerly known as John Hancock Mutual Life ) <br> Insurance Company), ) <br> ) <br> Defendants. ) | Case No. 1:05CV0971-HHK <br><br> Status Conference: <br> **Sept. 21, 2007 at 10:15** |

MOTION FOR *PRO HAC VICE* ADMISSION OF LUKE MCGRATH

I, John E. Scheuermann, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move pursuant to Local Civil Rule 83.2(d) that Luke McGrath, of the law firm of Bickel & Brewer, 767 Fifth Avenue, 50th Floor, New York, New York 10153, be admitted *pro hac vice* to this Court for the purposes of participating in the above-captioned matter.

In support of this motion, I submit the accompanying declaration of Luke McGrath as Exhibit A and a Certificate of Good Standing as Exhibit B.

Respectfully submitted,

SCHEUERMANN & MENIST

/s/ John E. Scheuermann
John E. Scheuermann, D.C. Bar 185470
700 E Street, S.E.
Washington, D.C.  20003
(202) 547-9180
(202) 547-2050 fax

*Counsel for the Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2007, I electronically filed and caused to be served by First Class Mail copies of the Motion for *Pro Hac Vice* Admission of Luke McGrath and accompanying exhibits to the following:

>Jonathan C. Poling
>Milbank, Tweed, Hadley & McCloy LLP
>1850 K Street, N.W., Suite 1100
>Washington, D.C. 20006
>Telephone: (202) 835-7511
>Facsimile: (202) 835-7586

/s/John E. Scheuermann