UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| -v- | ) <br> ) |
| 2660 WOODLEY ROAD JOINT VENTURE, | ) <br> ) Case No. 1:05CV0971-HHK |
| and | ) <br> ) |
| JOHN HANCOCK LIFE INSURANCE COMPANY (formerly known as John Hancock Mutual Life Insurance Company), | ) <br> ) <br> ) |
| Defendants | ) <br> ) |

ORDER

Upon consideration of the motion of John E. Scheuermann, for the *pro hac vice* admission of Luke McGrath and the accompanying declaration in support thereof, it is hereby

ORDERED that Luke McGrath be, and is hereby, admitted to this Court *pro hac vice* to participate in the above-captioned matter in accordance with the rules of this Court.

January __, 2007

_____
Henry H. Kennedy
United States District Judge