# DECLARATION OF LUKE MCGRATH
# IN SUPPORT OF MOTION FOR *PRO HAC VICE*



I, Luke McGrath, declare under penalty of perjury that:

1. My office address is 767 Fifth Avenue, 50th Floor, New York, New York 10183. My telephone number is (212) 489-1400. My e-mail address is **LZM@bickelbrewer.com**.

2. I am a Partner at the law firm of Bickel & Brewer, counsel for Washington Sheraton Corporation.

3. I am a member in good standing of the Bar of the State of New York and I am admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Fifth Circuit.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5. I have not applied for *pro hac vice* admission to this Court within the last two years.

_____
Luke McGrath
Bickel & Brewer
767 Fifth Avenue, 50th Floor
New York, New York 10183
Telephone: (212) 489-1400
Facsimile: (212) 489-2384
*Counsel for Washington Sheraton Corporation*

Date: January 25, 2007