# United States District Court
## Southern District of New York


EXHIBIT B

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__LUKE McGRATH__, Bar # __LM8070__

was duly admitted to practice in this Court on

__OCTOBER 21st, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   JANUARY 26th, 2007

**J. MICHAEL McMAHON**
Clerk

by: _(signature)_
Deputy Clerk