UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SHERATON CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>2660 WOODLEY ROAD JOINT VENTURE, )<br>)<br>and )<br>)<br>JOHN HANCOCK LIFE INSURANCE COMPANY )<br>(formerly known as John Hancock Mutual Life )<br>Insurance Company), )<br>)<br>Defendants. ) | Case No. 1:05CV0971-HHK<br><br>Status Conference:<br>**Sept. 21, 2007 at 10:15** |

MOTION FOR *PRO HAC VICE* ADMISSION OF WILLIAM A. BREWER, III

I, John E. Scheuermann, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move pursuant to Local Civil Rule 83.2(d) that William A. Brewer, III, of the law firm of Bickel & Brewer, 4800 Bank One Center, 1717 Main Street, Dallas, Texas 75201, be admitted *pro hac vice* to this Court for the purposes of participating in the above-captioned matter.

In support of this motion, I submit the accompanying declaration of William A. Brewer, III as Exhibit A and a Certificate of Good Standing as Exhibit B.

                Respectfully submitted,

                SCHEUERMANN & MENIST

                /s/ John E. Scheuermann
                John E. Scheuermann, D.C. Bar 185470
                700 E Street, S.E.
                Washington, D.C.  20003
                Telephone:  (202) 547-9180
                Facsimile:   (202) 547-2050

                *Counsel for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed and caused to be served by First Class Mail copies of the Motion for Pro Hac Vice Admission of William A. Brewer, III and accompanying exhibits to the following:

> Jonathan C. Poling
> Milbank, Tweed, Hadley & McCloy LLP
> 1850 K Street, N.W., Suite 1100
> Washington, D.C. 20006
> Telephone: (202) 835-7511
> Facsimile: (202) 835-7586

/s/John E. Scheuermann