UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
WASHINGTON SHERATON CORPORATION,      )
                                      )
   Plaintiff                          )
                                      )
                                      )
   -v-                                )
                                      )
2660 WOODLEY ROAD JOINT VENTURE,      )
                                      )   Case No. 1:05CV0971-HHK
                                      )
   and                                )
                                      )
JOHN HANCOCK LIFE INSURANCE           )
COMPANY(formerly known as John Hancock)
Mutual Life Insurance Company),       )
                                      )
   Defendants                         )
                                      )
_____)

## ORDER

Upon consideration of the motion of John E. Scheuermann, for the *pro hac vice* admission of William A. Brewer, III and the accompanying declaration in support thereof, it is hereby

ORDERED that William A. Brewer, III be, and is hereby, admitted to this Court *pro hac vice* to participate in the above-captioned matter in accordance with the rules of this Court.

January ___, 2007                    _____
                                                Henry H. Kennedy
                                                United States District Judge