DECLARATION OF WILLIAM A. BREWER, III
IN SUPPORT OF MOTION FOR *PRO HAC VICE*



I, William A. Brewer III, declare under penalty of perjury that:

1. My office address is 1717 Main Street, Suite 1700, Dallas, Texas 75201. My telephone number is (214) 653-4800. My e-mail address is **WAB@bickelbrewer.com**.

2. I am a Partner at the law firm of Bickel & Brewer, counsel for Washington Sheraton Corporation.

3. I am a member in good standing of the Bars of the State of Texas and New York and I am admitted to practice before Courts of Appeal for the Second, Fourth, Fifth, Sixth and Federal Circuits.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5. I have not applied for *pro hac vice* admission to this Court within the last two years.

_____
William A. Brewer, III
Bickel & Brewer
767 Fifth Avenue, 50th Floor
New York, New York 10183
Telephone: (212) 489-1400
Facsimile: (212) 489-2384
*Counsel for Washington Sheraton Corporation*

Date: January **25**, 2007

3